**01–1931.  State ex rel. Harson Invest., Florida L.P. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19015. This cause is pending before the court as an appeal from the Court of

Appeals for Montgomery County. Upon consideration of appellant's motion to seal election results pending decision on appeal,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

COOK, J., dissents.

PFEIFER, J., not participating.